# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF LAS VEGAS, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,
Respondents,
    and
180 LAND CO., LLC, A NEVADA
LIMITED-LIABILITY COMPANY,
Real Party in Interest.

No. 78792

FILED

MAY 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK



## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for judgment on the pleadings.

Having considered the petition and supporting documents, we conclude that our extraordinary intervention in this matter is not warranted at this time. Generally, this court will not consider writ petitions that challenge a district court order denying a motion for judgment on the pleadings. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (addressing petitions challenging orders denying motions to dismiss or motions for summary judgment). Here, petitioner has not demonstrated that any exception to the general rule exists. The district court explained that it was unable to conclude, as a matter of law and at the

SUPREME COURT
OF
NEVADA

(O) 1947A

19 - 22825

pleading stage, that real party in interest could not prevail on any of its inverse condemnation claims. The court noted that real party in interest asserted both a property interest and that events occurring after the petition for judicial review time frame led to inverse condemnation, and the court also pointed to alleged facts indicating that exhaustion was met or futile. In light of the early procedural stage of this case and the disputed factual and legal conclusions at issue, we decline to exercise our discretion to intervene. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  McDonald Carano LLP/Las Vegas
     Las Vegas City Attorney
     McDonald Carano LLP/Reno
     Law Offices of Kermitt L. Waters
     Kaempfer Crowell/Las Vegas
     Hutchison & Steffen, LLC/Las Vegas
     Eighth District Court Clerk

_____

[1]In light of this order, petitioner's emergency motion for a stay is denied as moot.